x:\tc51604\appear

WDJ/ls
File No.: TC-51604

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------X
SONIA GARCIA AND CHRISTIAN CHAVEZ,

       Plaintiffs,

  -against-

90 CHURCH STREET LIMITED PARTNERSHIP,
ALAN K. KASMAN DBA KASCO, AMBIENT
GROUP, INC., ANN TAYLOR STORES
CORPORATION, BATTERY PARK CITY
AUTHORITY, BELFOR USA GROUP, INC., BFP ONE
LIBERTY PLAZA CO., LLC., BLACKMON-
MOORING-STEAMATIC CATASTOPHE, INC. D/B/A
BMS CAT, BOSTON PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROEPRTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROEPRTIES CORPORATION, BROOKFIELD
PROEPRTIES HOLDINGS INC., ENVIROTECH
CLEAN AIR, INC., GENERAL RE SERVICES CORP.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
KASCO RESTORATION SERVICES CO., MERRILL
LYNCH & CO, INC., NATIONAL ASSOCIATION OF
SECURITIES DEALERS, INC., NEW LIBERTY
PLAZA LP, NEW YORK CITY ECONOMIC
DEVELOPMENT CORPORATION, NEW YORK CITY
INDUSTRIAL DEVELOPMENT AGENCY, NEW
YORK CITY INDUSTRIAL DEVELOPMENT
CORPORATION, NOMURA HOLDING AMERICA,
INC., NOMURA SECURITIES INTERNATIONAL,
INC., ONE LIBERTY PLAZA, STRUCTRUE TONE
(UK), INC., STRUCTURE TONE GLOBAL
SERVICES, INC., THE BOARD OF MANAGERS OF
THE ONE LIBERTY PLAZA CONDOMINIUM

NOTICE OF
APPEARANCE

21 MC 102 (AKH)

(CONDO #1178), THE ONE LIBERTY PLAZA
CONDOMINIUM (CONDO #1178), TOSCORP INC.,
TUCKER ANTHONY, INC., WESTON SOLUTIONS,
INC., WFP ONE LIBERTY PLAZA CO., L.P., WFP
ONE LIBERTY PLAZA, CO. GP, CORP., WFP
TOWER A CO., WFP TOWER A CO. G.P. CORP.,
WFP TOWER A. CO., L.P., WFP TOWER B CO. G.P.
CORP., WFP TOWER B HOLDING CO., LP, WFP
TOWER B. CO., L.P., AND WORLD FINANCIAL
PROPERTIES, L.P.,

         Defendants.

------------------------------------------------------------------------X

COUNSELORS:

  PLEASE TAKE NOTICE, that the defendants, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., hereby appear in the above entitled action, and that the undersigned have been retained as attorneys for said defendant and demand that copies of all papers in this action be served upon the undersigned at the office and address stated below:

Dated: New York, New York
   July 9, 2007

                WILLIAM D. JOYCE, III, ESQ. (WDJ 9899)
                BARRY, McTIERNAN & MOORE
                Attorneys for Defendants
                STRUCTURE TONE, INC. s/h/a
                STRUCTURE TONE (UK), INC. and
                STRUCTURE TONE GLOBAL SERVICES, INC.
                2 Rector Street – 14th Floor
                New York, New York  10006
                (212) 313-3600

TO:
WORBY, GRONER, EDELMAN & NAPOLI BERN, LLP
Attorneys for Plaintiffs
115 Broadway – 12th Floor
New York, New York  10006
(212) 267-3700