Robert J. Higgins, Esq. (RH-6477)
Judith R. Cohen, Esq. (JC-8614)
Kenneth H. Frenchman, Esq. (KF-3635)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500

Attorneys for Defendant Merrill Lynch & Co., Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
IN RE WORLD TRADE CENTER LOWER              :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION       :
                                                                 :
                                                                 :
-----------------------------------------------------------------X
SONIA GARCIA AND CHRISTIAN CHAVEZ,   :   07-CV-05358-AKH
                                                                 :
                        Plaintiffs,                           :
                                                                 :   **NOTICE OF ADOPTION**
    - against -                                            :   **OF ANSWER**
                                                                 :   **TO MASTER COMPLAINT**
90 CHURCH STREET                                  :   **BY MERRILL LYNCH**
LIMITED PARTNERSHIP, *et al.*,               :
                                                                 :   **ELECTRONICALLY FILED**
                        Defendants.                       :
-----------------------------------------------------------------X

PLEASE TAKE NOTICE THAT Defendant Merrill Lynch & Co., Inc. ("Merrill Lynch"), as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts Merrill Lynch's Answer to Master Complaint, dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

DOCSNY-265949v01

WHEREFORE, Merrill Lynch demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York         DICKSTEIN SHAPIRO LLP
       September 14, 2007

                                  By:    /s/ Judith R. Cohen
                                  _____
                                  Robert J. Higgins (RH-6477)
                                  Judith R. Cohen (JC-8614)
                                  Kenneth H. Frenchman (KF-3635)
                                  1177 Avenue of the Americas
                                  New York, New York 10036
                                  Phone: (212) 277-6500
                                  Fax: (212) 277-6501

                                  *Attorneys for Defendant*
                                  MERRILL LYNCH & CO., INC.