UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------x
SONIA GARCIA  (AND HUSBAND
CHRISTIAN CHAVEZ),                                                          07 CV 5358 (AKH)

                                          Plaintiffs,

       -against-

90 CHURCH STREET, LIMITED PARTNERSHIP,
ALAN  KASMAN DBA KASCO,
AMBIENT GROUP INC.,
ANN TAYLOR STORES CORPORATION,
BATTERY PARK CITY AUTHORITY,
BELFOR USA GROUP INC.,
BFP ONE LIBERTY PLAZA CO., LLC,
BLACKMON-MOORING-STEAMATIC CATASTOPHE,
INC. d/b/a BMS CAT,
BROOKFIELD FINANACIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, L.P.,
BROOKFIELD PARTNERS, L.P.,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS, INC.,
ENVIROTECH CLEAN AIR, INC.,
GENERAL RE SERVICES CORP.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.
KASCO RESTORATION SERVICES, CO.,
MERRILL LYNCH & CO., INC.
NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC.,
NEW LIBERTY PLAZA LP
NEW YORK CITY ECONOMIC DEVELOPMENT CORPORATION,
NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY,
NEW YORK CITY INDUSTRIAL DEVELOPMENT CORPORATION,
NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL INC.,
ONE LIBERTY PLAZA,
STRUCTURE TONE GLOBAL SERVICES,INC.
STRUCTURE TONE, (UK), INC.,
THE BOARD OF MANAGERS OF ONE LIBERTY PLAZA CONDOMINIUM
(CONDO #1178),

THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO #1178)
TOSCORP INC.,
TUCKER ANTHONY INC.,
WESTON SOLUTIONS, INC.,
WFP ONE LIBERTY PLAZA CO LP,
WFP ONE LIBERTY PLAZA CO GP CORP.,
WFP TOWER A CO.,
WFP TOWER A CO GP CORP,
WFP TOWER A CO LP,
WFP TOWER B CO. GP CORP.,
WFP TOWER B HOLDING CO., LP,
WFP TOWER B CO LP,
WORLD FINANCIAL PROPERTIES LP,

                            Defendants.
-----------------------------------------------------------------------x

## DEFENDANT ENVIROTECH CLEAN AIR INC.'S ANSWER TO THE COMPLAINT BY ADOPTION ("CHECK-OFF COMPLAINT")

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       September 14, 2007

                            Yours, etc.
                            FRIEDMAN, HARFENIST, LANGER & KRAUT
                            Attorneys for Defendant –Envirotech
                            3000 Marcus Avenue, Suite 2E1
                            Lake Success, New York 11042
                            (516) 775-5800
                            BY: _____
                                Heather L. Smar (4622)