UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER          :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
:
:
-----------------------------------------------------------------X
SONIA GARCIA AND CHRISTIAN CHAVEZ,      :   07-CV-05358-AKH
:
                  Plaintiffs,   :
:   **APPEARANCE**
   - against -                          :
:
90 CHURCH STREET                        :   **ELECTRONICALLY FILED**
LIMITED PARTNERSHIP, *et al.*,          :
:
                  Defendants.   :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated:  New York, New York         DICKSTEIN SHAPIRO LLP
        October 3, 2007

                              By:     /s/ Judith R. Cohen
                              _____

                              Judith R. Cohen (JC-8614)
                              1177 Avenue of the Americas
                              New York, New York 10036
                              Phone: (212) 277-6500
                              Fax: (212) 277-6501

                              *Attorney for Defendant*
                              MERRILL LYNCH & CO., INC.