# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

21 MC 102 (AKH)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint¹ was made by me² | DATE 7/13/07 |
| NAME OF SERVER (PRINT) Kevin Mill[er] | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Pursuant to FRCP Rule 4 (h) by serving a copy of the Summons and Complaint with the Authorized Agent of Defendant(s) at

NOMURA SECURITIES INTERNATIONAL, INC.
2 World Financial Center
New York, NY 10281-

For the following Defendant(s):

NOMURA SECURITIES INTERNATIONAL, INC.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/15/07
Date

Signature of Server: Kevin Miller

Address of Server: 115 Broadway, NY, 10006

Betsy Barranco
BETSY BARRANCO
Notary Public, State of New York
No. 02BA6043155
Qualified in Richmond County
Commission Expires June 12, 20__

¹ See attached rider.
² As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

*13*  *7408*  *54*  *50*

# Service Rider

**NOMURA SECURITIES INTERNATIONAL, INC.**

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 9419 | Edgar Abarca (and Wife, Margoth Abarca) | 06cv1648 | 5/24/2007 |
| 9418 | Claudio Agudo | 07cv4447 | 6/5/2007 |
| 6992 | Rolando Alvarez (and Wife, Joseta Lidia Alvarez) | 07cv1455 | 5/24/2007 |
| 9392 | Rossina Angulo | 07cv4449 | 6/5/2007 |
| 13187 | Philip Annunziato (and Wife, Eleanor V Annunziato) | 06cv14466 | 5/31/2007 |
| 3802 | Dagoberto Aristizabal (and Wife, Alexandra Aristizabal) | 07cv1458 | 5/24/2007 |
| 3798 | Enid Aristizabal | 06cv4377 | 5/24/2007 |
| 9720 | Cesar Avila (and Wife, Piedad Avila) | 07CV1563 | 5/24/2007 |
| 9569 | Nolberto Avila (and Wife, Brigida Avila) | 07CV1564 | 5/31/2007 |
| 9413 | Norbeto Avila (and Wife, Nelly Avila) | 07cv1465 | 5/24/2007 |
| 14290 | Peter B Bailor | Not Available | 5/31/2007 |
| 15996 | Jose Barahona (and Wife, Domenica Bararona) | Not Available | 6/8/2007 |
| 9788 | Miguel Barona (and Wife, Maria Sucuzhanyay) | 07cv1569 | 5/31/2007 |
| 9980 | Raul Barreto (and Wife, Derlim Barreto) | 07cv4451 | 6/5/2007 |
| 13967 | Hector Barroso | 07cv4452 | 6/5/2007 |
| 3756 | Julio Bastidas | Not Available | 5/24/2007 |
| 9378 | Wlodzimierz Belkowski (and Wife, Teresa Belkwski) | Not Available | 5/31/2007 |
| 3840 | Vincente Benavidez (and Wife, Florinda Jostina) | 06CV7913 | 5/24/2007 |
| 9701 | Hector Buestan | 07cv4456 | 6/5/2007 |
| 10228 | Carlos Buñay | 07CV1571 | 5/31/2007 |
| 9965 | Ernesto Buñay | 07CV1572 | 5/24/2007 |
| 14713 | Gil Calle | 07CV1576 | 5/31/2007 |
| 3996 | Jose Calle (and Wife, Damaris Calle) | 07CV1577 | 5/24/2007 |
| 14248 | Rodrigo Campozano (and Wife, Esther Campozano) | 07cv4459 | 6/5/2007 |
| 9377 | Andrzej Chojnowski (and Wife, Bozena Chojnowska) | 07CV1588 | 5/24/2007 |
| 10594 | Cecelia Claret | 06cv14554 | 5/24/2007 |
| 10181 | Antonio Collazos (and Wife, Norem Collazos) | 07cv4461 | 6/5/2007 |
| 14443 | John Combos (and Wife, Donna Combos) | 07CV1593 | 5/31/2007 |
| 14805 | Thomas Costello (and Wife, Terri Costello) | Not Available | 5/31/2007 |
| 3801 | Nancy Criolio (and Wife, Lawrence Zenteino) | 07cv4462 | 6/5/2007 |
| 4400 | Flora B Davila | 07cv4463 | 6/5/2007 |
| 7600 | Maria De La Cruz | 07cv4464 | 6/5/2007 |
| 14621 | Maria Delacruz | Not Available | 5/31/2007 |
| 9370 | Wieslaw Demko (and Wife, Elzbieta Demko) | 05cv01032 | 5/31/2007 |
| 15274 | Panchi Diez (and Wife, Rosa Diez) | Not Available | 5/31/2007 |
| 14859 | Jesse Drake (and Wife, Susan Drake) | Not Available | 5/31/2007 |

Tuesday, June 19, 2007                                                                                      Page 1 of 4

NOMURA SECURITIES INTERNATIONAL, INC.                         Group:  × 14     Out × 39    In × 50

# Service Rider

Rider

NOMURA SECURITIES INTERNATIONAL, INC.

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 9044 | Oswald Drysdale (and Wife, Alma Drysdale) | Not Available | 5/24/2007 |
| 6773 | Maria Duchitanga | 07CV1604 | 6/5/2007 |
| 13946 | Lucila Dutan | 06cv14623 | 5/24/2007 |
| 8458 | Cirilo Encalada (and Wife, Melva Encalada) | 07cv4465 | 6/5/2007 |
| 14806 | Harald Gabrielsen (and Wife, Deb Gabrielsen) | Not Available | 5/31/2007 |
| 9557 | Carmen Gallego (and Husband, Salazar Gallego) | 07CV062 | 5/24/2007 |
| 6812 | Walter Gallegos | 07cv4467 | 6/5/2007 |
| 13453 | Juan Gallo | 06cv14670 | 5/24/2007 |
| 10183 | Sixta T Garcia | Not Available | 5/24/2007 |
| 10006 | Sonia Garcia (and Husband, Christian Chavez) | Not Available | 5/31/2007 |
| 9119 | Jaime Gerardo | 07cv4469 | 6/5/2007 |
| 8047 | Jaime Giraldo (and Wife, Gloria Vellada) | 07cv4471 | 6/5/2007 |
| 9456 | Samuel Giuracocha | Not Available | 5/24/2007 |
| 9674 | Edward Gora (and Wife, Ena Rynczak Gora) | 06cv3302 | 5/24/2007 |
| 9676 | Malgorzata Grabowska | 06 cv 4885 | 5/24/2007 |
| 14594 | Slawomir Gryszkiewicz (and Wife, Wanda Gryszkiewicz) | 07CV1623 | 5/31/2007 |
| 13999 | Rosa Gualpa | 07cv4472 | 6/5/2007 |
| 14972 | Armando Guzman | Not Available | 6/8/2007 |
| 10384 | Carlos Guzman (and Wife, Gloria Guzman) | 06cv2884 | 5/24/2007 |
| 4112 | Angel Huaipa (and Wife, Rosa Huaipa) | 05CV2501 | 5/24/2007 |
| 4110 | Julio Hurtado (and Wife, Elda Monica Montes) | Not Available | 5/24/2007 |
| 9572 | Jorge Inga | 07CV1629 | 5/24/2007 |
| 14041 | Janusz Jakubowski (and Wife, Krystyna Karpinska) | 06cv14741 | 5/24/2007 |
| 9564 | Julio Jalil (and Wife, Channi Jalil) | 07cv4476 | 6/5/2007 |
| 14697 | Juan Jara | Not Available | 5/31/2007 |
| 9872 | Marina Jara | 07cv4477 | 6/5/2007 |
| 3819 | Rodrigo Jimbo (and Wife, Dolores Calle) | 07CV1632 | 5/24/2007 |
| 9830 | Urbano Juarez | 07cv1509 | 5/24/2007 |
| 9718 | Slawek Kapplrsk | 07CV1634 | 5/24/2007 |
| 9673 | Marian Karus (and Wife, Barbara Karus) | 07CV1635 | 5/24/2007 |
| 13791 | Wieslaw Kolodziejczyk (and Wife, Janina Kolodziejczyk) | 07cv4479 | 6/5/2007 |
| 9669 | Adam Kowalczyk (and Wife, Sabina Kowalczyk) | 06cv2252 | 5/24/2007 |
| 9381 | Antoni Kurak | 06 cv 4376 | 5/24/2007 |
| 9672 | Boguslaw Kwasniak (and Wife, Malgorzata Kwasniak) | Not Available | 5/24/2007 |
| 14975 | Emerita E Lara | Not Available | 5/31/2007 |
| 9926 | Andrzej Lasica (and Wife, Ewelina Lasica) | 07cv4480 | 6/5/2007 |

Tuesday, June 19, 2007                                                                 Page 2 of 4

NOMURA SECURITIES INTERNATIONAL, INC.                      Group:   Out:   In:
                                                              *14    *39   *50



# Service Rider

NOMURA SECURITIES INTERNATIONAL, INC.

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 9687 | Ines Leon (and Wife, Luis E Quezada) | 07cv4481 | 6/5/2007 |
| 9742 | Jose Leon | 07CV1647 | 5/24/2007 |
| 9461 | Raul Loja | 07CV1652 | 5/24/2007 |
| 9499 | Wilmo Loja | 07cv4482 | 6/5/2007 |
| 10178 | Andrea Lora | 07cv4484 | 6/5/2007 |
| 9323 | Veronica Macas | 07cv4485 | 6/5/2007 |
| 3806 | Aracell Medina | 07cv4490 | 6/5/2007 |
| 9582 | Trinidad Medrano (and Husband, Salvador L Medrano) | 07cv4493 | 6/5/2007 |
| 9351 | Enrique Mendoza (and Wife, Maria De Mendoza) | Not Available | 5/24/2007 |
| 9453 | Gustavo Mendoza (and Wife, Hada Mendoza) | 07cv4494 | 6/5/2007 |
| 9566 | Ubaldo Misaico | 07cv4495 | 6/5/2007 |
| 7308 | Leidis Montero | 05CV1691 | 5/24/2007 |
| 13423 | Eugenio Mora (and Wife, Olga Mora) | 06cv13168 | 5/24/2007 |
| 9568 | Walter Naranjo (and Wife, Miriam Naranjo) | 07cv04496 | 6/5/2007 |
| 11720 | Carlos Narvaez | 06cv2221 | 5/24/2007 |
| 10602 | Herbert Negron | Not Available | 5/24/2007 |
| 15939 | Edgar Orellana | Not Available | 6/6/2007 |
| 9679 | Wladyslaw Ostrzycki (and Wife, Wieslawa Ostrzycka) | Not Available | 5/31/2007 |
| 9412 | Krzysztof Pajak (and Wife, Ewa Pajak) | 07cv4502 | 6/5/2007 |
| 10319 | Czesiaw Pankiewicz (and Wife, Maria Pankiewicz) | 07cv4505 | 6/5/2007 |
| 12042 | Rolando Pelaez (and Wife, Monica Villamarin) | 07cv4507 | 6/5/2007 |
| 7602 | Gabriel Pena | 05CV1385 | 5/24/2007 |
| 7348 | Jorge Pena | 07CV1682 | 5/24/2007 |
| 9379 | Hanna Pieczynska | 07CV1684 | 5/24/2007 |
| 9670 | Jose Borkowski as Administrator of Jan Pietraszkiewicz | 06cv2527 | 5/24/2007 |
| 7731 | Luis Pilico (and Wife, Ana Lucero Pilico) | 07cv4508 | 6/5/2007 |
| 15776 | Hernan Pineda (and Wife, Sarito Pineda) | Not Available | 5/31/2007 |
| 3495 | Jose Polo | 05CV1418 | 5/24/2007 |
| 10885 | Raul Porras (and Wife, Diana Povvas) | 06cv9674 | 5/24/2007 |
| 9491 | Jesus Quizhpi | 07cv4509 | 6/5/2007 |
| 14800 | David Reynolds (and Wife, Katherine Reynolds) | 07CV3446 | 5/24/2007 |
| 9745 | Teresa Robles | Not Available | 5/24/2007 |
| 7543 | Susana Rodriguez (and Husband, Jose Rodriguez) | Not Available | 5/24/2007 |
| 9575 | Angel Rojas | 07CV1696 | 5/24/2007 |
| 7196 | Mario Rojas | 06cv5786 | 5/24/2007 |
| 9417 | Mieczyslaw Romaniuk | Not Available | 5/24/2007 |

Tuesday, June 19, 2007                                                                                                   Page 3 of 4

NOMURA SECURITIES INTERNATIONAL, INC.                         Group:  ×14    Out:  ×39    In:  ×50

# Service Rider

**Rider**

NOMURA SECURITIES INTERNATIONAL, INC.

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 9966 | Victor Salazar | 07cv4512 | 6/5/2007 |
| 7603 | Hipolito Salgado (and Wife, Teresa Salgado) | 05CV1675 | 5/24/2007 |
| 10952 | Leonel Sanmartin (and Wife, Ana Rosa) | 07cv4514 | 6/5/2007 |
| 9466 | Emanuel Santamaria | 07cv1528 | 5/24/2007 |
| 9479 | Miguel Santana | 07CV1700 | 5/24/2007 |
| 9744 | Edwin Sarmiento (and Wife, Nora Sarmiento) | 07cv4515 | 6/5/2007 |
| 10872 | Mayd. Sarmiento | 06cv6521 | 5/24/2007 |
| 9394 | Angel Serrano (and Wife, Tanny Sarmiento) | 07cv4516 | 6/5/2007 |
| 7307 | Antonio Silva (and Wife, Lupe C Silva) | 05CV1260 | 5/24/2007 |
| 10359 | Eugeniusz Skrzeczkowsk (and Wife, Alicja Skrzeczkowski) | 07cv4517 | 6/5/2007 |
| 9814 | Jerzy Slesicki | 06cv6814 | 5/24/2007 |
| 4113 | Lucio Solis (and Wife, Linda Solis) | 05CV1198 | 5/24/2007 |
| 14850 | Robert Sparano (and Wife, Theresa Sparanpo) | Not Available | 5/31/2007 |
| 3780 | Jose Sumba (and Wife, Maria Sumba) | 07cv1709 | 5/24/2007 |
| 10331 | Edward Szuberla | 07cv1712 | 5/24/2007 |
| 8510 | Julia Terezaca | 07cv1714 | 5/24/2007 |
| 4673 | Jorge Toledo | 07cv4518 | 6/5/2007 |
| 4336 | Carlos Toral (and Wife, Zoila Toral) | 06cv6233 | 5/24/2007 |
| 15946 | Miguel Urgiles (and Wife, Martha Urgiles) | Not Available | 6/6/2007 |
| 9464 | Kiever Vasquez | 07cv4520 | 6/5/2007 |
| 7601 | Severo Vega (and Wife, Lila Gonzalez) | 07cv4521 | 6/5/2007 |
| 3839 | Rafael Velasco (and Wife, Zoila Velasco) | 07cv1723 | 5/24/2007 |
| 3751 | Lucrecia Velez | Not Available | 5/24/2007 |
| 13196 | Viviana Vergara (and Husband, Verter Vergara) | 06cv15116 | 5/31/2007 |
| 3828 | Julio Villafuerte | 06cv1652 | 5/24/2007 |
| 9383 | Kazimierz Walek (and Wife, Stefania Walek) | Not Available | 5/24/2007 |
| 10343 | Robert Waniursk (and Wife, Ewa Waniurski) | 07cv4524 | 6/5/2007 |
| 9401 | Wlodzimierz Wierzbicki (and Wife, Alicja B Wierzbicka) | 07cv1727 | 5/24/2007 |
| 9409 | Jan Wolkowicz (and Wife, Grace Wolkowicz) | 07cv1728 | 5/31/2007 |
| 9490 | Aquiles Yaguana | 07cv4525 | 6/5/2007 |
| 9376 | Krzysztof Zalewski (and Wife, Daruta Zalewska) | Not Available | 5/24/2007 |
| 3767 | Jorge Zelaya (and Wife, Maria Zelaya) | 07cv1730 | 5/24/2007 |
| 4284 | Lawrence Zenteno (and Wife, Nancy C Zenteno) | 07cv1731 | 5/24/2007 |

14

Tuesday, June 19, 2007                                                                 Page 4 of 4

NOMURA SECURITIES INTERNATIONAL, INC.                Group: ×14   Out: ×39   In: ×50



# Service Rider

NOMURA SECURITIES INTERNATIONAL, INC.

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 6879 | David Cornier | Not Available | 5/25/2007 |
| 3564 | Steven Daquila (and Wife Grace Daquila) | 06cv8756 | 5/25/2007 |
| 6678 | Patrick Dolan | 06CV7398 | 5/25/2007 |
| 14466 | Joseph Douso (and Wife Jill E Douso) | Not Available | 5/25/2007 |
| 14779 | Donald Foley (and Wife Kelly Ann Foley) | 07cv657 | 5/25/2007 |
| 15289 | John E Greaney (and Wife Andrea Greaney) | Not Available | 5/25/2007 |
| 8921 | Jeffrey Hayduk | 06cv5839 | 5/25/2007 |
| 3959 | Michael Labate (and Wife Cheryl Labate) | 06CV8441 | 5/25/2007 |
| 8478 | Donna Marshall | Not Available | 5/25/2007 |
| 7772 | Hamilton Montero | 06cv12791 | 5/25/2007 |
| 12980 | William Noesges (and Wife Denise Noesges) | 06cv14925 | 5/25/2007 |
| 7251 | Joseph Nolan (and Wife Lana Nolan) | 05CV1213 | 5/25/2007 |
| 7271 | Michael Pallotto (and Wife Lisa Polloto) | Not Available | 5/25/2007 |
| 8387 | Zachary Stamatakis (and Wife Bernice Stamatakis) | 06cv11589 | 5/25/2007 |
| 13263 | Guy Zammitt (and Wife deanna Zammitt) | 06cv15155 | 5/25/2007 |

15