**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION

21 MC 102 (AKH) *& 21 MC 103*

---

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint[1] was made by me[2] | 06/22/07 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Charles Thompson | Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other *(specify):* Pursuant to FRCP Rule 4 (h) by serving a copy of the Summons and Complaint with the
Authorized Agent of Defendant(s) at

> William D Joyce III
> Barry, McTiernan & Moore
> 2 Rector Street
> 14th Floor
> New York, NY 10006

*Gina Recaglizzi*

For the following Defendant(s):

**STRUCTURE TONE (UK), INC.**

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the
foregoing information contained in the Return of Service and Statement of Service Fees is true
and correct.

Executed on _06/22/07_
<br>Date

_____
Signature of Server

_115 Broadway_
Address of Server

*Wanda Rivera*



WANDA Y. RIVERA
Notary Public, State of New York
No. 01RI6074197
Qualified in New York County
Commission Expires May 13, 20__

[1] See attached rider.
[2] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

* 1 3 * * 7 4 4 9 * * 5 4 * * 5 0 *







# Service Rider

STRUCTURE TONE (UK), INC.

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 9419 | Edgar Abarca (and Wife, Margoth Abarca) | 06cv1648 | 5/24/2007 |
| 9352 | Carmelo Acevedo | 07cv1453 | 5/24/2007 |
| 10706 | Luis Adriano | 07cv4445 | 6/5/2007 |
| 9418 | Claudio Agudo | 07cv4447 | 6/5/2007 |
| 7604 | Raul Allivar | 05cv9821 | 5/24/2007 |
| 7609 | Maria E. Alvarez (and Husband, Carlos Chavarriage) | 05cv10135 | 5/24/2007 |
| 6992 | Rolando Alvarez (and Wife, Joseta Lidia Alvarez) | 07cv1455 | 5/24/2007 |
| 14128 | Jose Alvarracin | 07cv01556 | 5/24/2007 |
| 11166 | Alberto Andrade | 07cv1456 | 5/24/2007 |
| 9392 | Rossina Angulo | 07cv4449 | 6/5/2007 |
| 13187 | Philip Annunziato (and Wife, Eleanor V Annunziato) | 06cv14466 | 5/31/2007 |
| 2419 | Jhonson Arichabala | 05CV8685 | 5/24/2007 |
| 9560 | Amparro Aristizabal | 07cv1457 | 5/24/2007 |
| 3802 | Dagoberto Aristizabal (and Wife, Alexandra Aristizabal) | 07cv1458 | 5/24/2007 |
| 3798 | Enid Aristizabal | 06cv4377 | 5/24/2007 |
| 13306 | Thomas A Arlotta (and Wife, Guadalupe Arlotta) | 06cv13784 | 5/24/2007 |
| 9933 | Angel Asmal (and Wife, Gloria Asmal) | 07cv1461 | 5/24/2007 |
| 9431 | Carlos G Asmal | 07cv1462 | 5/31/2007 |
| 9552 | Freddy Astudillo | 07cv1463 | 5/24/2007 |
| 3835 | Wilmer Astudillo (and Wife, Maria I Avila) | 07CV1561 | 5/24/2007 |
| 9720 | Cesar Avila (and Wife, Piedad Avila) | 07CV1563 | 5/24/2007 |
| 9569 | Nolberto Avila (and Wife, Brigida Avila) | 07CV1564 | 5/31/2007 |
| 9413 | Norbeto Avila (and Wife, Nelly Avila) | 07cv1465 | 5/24/2007 |
| 14290 | Peter B Bailon | 07CV05336 | 5/31/2007 |
| 15996 | Jose Barahona (and Wife, Domenica Barahona) | 07CV5550 | 6/8/2007 |
| 9788 | Miguel Barona (and Wife, Maria Sucuzhanyay) | 07cv1569 | 5/31/2007 |
| 9980 | Raul Barreto (and Wife, Derlim Barreto) | 07cv4451 | 6/5/2007 |
| 13967 | Hector Barroso | 07cv4452 | 6/5/2007 |
| 3756 | Julio Bastidas | 07CV05276 | 5/24/2007 |
| 15412 | Sime Begonja (and Wife, Silva Begonja) | 07CV05338 | 5/31/2007 |
| 9378 | Wlodzimierz Belkowski (and Wife, Teresa Belkwski) | 07CV05339 | 5/31/2007 |
| 3840 | Vincente Benavidez (and Wife, Florinda Jostina) | 06CV7913 | 5/24/2007 |
| 8518 | Hector Betancourt | 07cv4453 | 6/5/2007 |
| 9390 | Andrzej Borkowski | 07cv1472 | 5/24/2007 |
| 10411 | Wiktor Borowiecki | 07cv4455 | 6/5/2007 |
| 9701 | Hector Buestan | 07cv4456 | 6/5/2007 |

**Tuesday, June 19, 2007**

STRUCTURE TONE (UK), INC.

Group:  Out  In:

 Rider

# Service Rider

STRUCTURE TONE (UK), INC.

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 10228 | Carlos Bunay | 07CV1571 | 5/31/2007 |
| 9965 | Ernesto Bunay | 07CV1572 | 5/24/2007 |
| 3808 | Bolivar Caivinagua | 07CV1573 | 5/24/2007 |
| 3762 | Juan Caivinagua | 07CV1574 | 5/24/2007 |
| 14713 | Gil Calle | 07CV1576 | 5/31/2007 |
| 3996 | Jose Calle (and Wife, Damaris Calle) | 07CV1577 | 5/24/2007 |
| 9317 | Wilson Calle | 07CV1578 | 5/24/2007 |
| 9570 | Rey R. Campoverde | 07CV05280 | 5/24/2007 |
| 14248 | Rodrigo Campozano (and Wife, Esther Campozano) | 07cv4459 | 6/5/2007 |
| 9921 | Edison Cardenas | 06cv14533 | 5/24/2007 |
| 3820 | Ludivia Castellanos (and Husband, Luis L Martinez) | 07cv1480 | 5/24/2007 |
| 9306 | Piedad Castillo | 05CV10743 | 5/24/2007 |
| 9436 | Armando Ceron | 07CV1582 | 5/24/2007 |
| 9291 | Wilson Chaca | 07CV1583 | 5/24/2007 |
| 9504 | Aida Chalco | 07cv1481 | 5/24/2007 |
| 9556 | Edizon Chavez (and Wife, Martha L Chavez) | 07CV1585 | 5/24/2007 |
| 9955 | Walter Chipe | 07CV1587 | 5/24/2007 |
| 9377 | Andrzej Chojnowski (and Wife, Bozema Chojnowska) | 07CV1588 | 5/24/2007 |
| 7042 | Nancy Chuva | 07CV1589 | 5/24/2007 |
| 10594 | Cecelia Claret | 06cv14554 | 5/24/2007 |
| 10181 | Antonio Collazos (and Wife, Nohemi Collazos) | 07cv4461 | 6/5/2007 |
| 10271 | John Colucci (and Wife, Theresa Colucci) | 07cv1485 | 5/24/2007 |
| 14443 | John Combos (and Wife, Donna Combos) | 07CV1593 | 5/31/2007 |
| 10294 | William Cook | 07cv1486 | 5/24/2007 |
| 9554 | Elena Corrales | 07CV1596 | 5/24/2007 |
| 14805 | Thomas Costello (and Wife, Terri Costello) | 07CV05345 | 5/31/2007 |
| 3774 | Jose Criollo (and Wife, Maria Criollo) | 05cv1104 | 5/24/2007 |
| 3801 | Nancy Criollo (and Wife, Lawrence Zenteino) | 07cv4462 | 6/5/2007 |
| 4400 | Flora B Davila | 07cv4463 | 6/5/2007 |
| 7600 | Maria De La Cruz | 07cv4464 | 6/5/2007 |
| 10000 | Gloria Delacruz (and Husband, Ramon Delacruz) | 07CV1599 | 5/24/2007 |
| 14621 | Maria Delacruz | 07CV05348 | 5/31/2007 |
| 9370 | Wieslaw Demko (and Wife, Elzbieta Demko) | 05cv01032 | 5/31/2007 |
| 15274 | Pancri Diez (and Wife, Rosa Diez) | 07CV05351 | 5/31/2007 |
| 12255 | Zbigniew Dobronski | 06CV11533 | 5/24/2007 |
| 7505 | Clara Dota | 07CV1602 | 5/24/2007 |

**Tuesday, June 19, 2007**               **Page 2 of 7**

STRUCTURE TONE (UK), INC.

Group:  Out  In: 



# Service Rider

STRUCTURE TONE (UK), INC.

| File No | Plaintiff | Index Number | Date Filed |
|---------|-----------|--------------|------------|
| 14859 | Jesse  Drake (and Wife, Susan  Drake) | 07CV05353 | 5/31/2007 |
| 11329 | Dominik  Drozdz (and Wife, Ewa  Drozdz) | 06cv14619 | 5/24/2007 |
| 11331 | Stanislaw  Drozdz (and Wife, Monika  Drozdz) | 06cv14620 | 5/31/2007 |
| 9044 | Oswald  Drysdale (and Wife, Alma  Drysdale) | 07CV05286 | 5/24/2007 |
| 9457 | Manuel  Duchitanga | 07CV05287 | 5/24/2007 |
| 6773 | Maria  Duchitanga | 07CV1604 | 6/5/2007 |
| 9414 | Rosalino  Duchitanga (and Wife, Rosa  Duchitanga) | 07CV1605 | 5/24/2007 |
| 9999 | Elvia  Dutan (and Husband, Wilfredo  Dutan) | 06CV5504 | 5/24/2007 |
| 13946 | Lucila  Dutan | 06cv14623 | 5/24/2007 |
| 8458 | Cirilo  Encalada (and Wife, Melva  Encalada) | 07cv4465 | 6/5/2007 |
| 8418 | Gregory  Fisco (and Wife, Nicole  Fisco) | 07CV05289 | 5/24/2007 |
| 14806 | Harald  Gabrielsen (and Wife, Debi  Gabrielsen) | 07CV05169 | 5/31/2007 |
| 9557 | Carmen  Gallego (and Husband, Salazar  Gallego) | 07CV062 | 5/24/2007 |
| 6812 | Walter  Gallegos | 07cv4467 | 6/5/2007 |
| 10005 | Wilson  Gallegos (and Wife, America M Gallegos) | 07CV1613 | 5/24/2007 |
| 13453 | Juan  Gallo | 06cv14670 | 5/24/2007 |
| 10183 | Sixta T Garcia | 07CV05292 | 5/24/2007 |
| 10006 | Sonia  Garcia (and Husband, Christian  Chavez) | 07CV05358 | 5/31/2007 |
| 9763 | Peter  Gaspar | 05cv10739 | 5/24/2007 |
| 9350 | Blanca  Gavidia (and Husband, Alexo  Gavidia) | 07cv4468 | 6/5/2007 |
| 9119 | Jaime  Gerardo | 07cv4469 | 6/5/2007 |
| 9458 | Margarita  Gil | 07cv4470 | 6/5/2007 |
| 8047 | Jaime  Giraldo (and Wife, Gloria  Vellada) | 07cv4471 | 6/5/2007 |
| 9456 | Samuel  Giuracocha | 07CV05293 | 5/24/2007 |
| 9674 | Edward  Gora (and Wife, Ena Rynczak  Gora) | 06cv3302 | 5/24/2007 |
| 9676 | Malgorzata  Grabowska | 06 cv 4885 | 5/24/2007 |
| 14594 | Slawomir  Gryszkiewicz (and Wife, Wanda  Gryszkiewicz) | 07CV1623 | 5/31/2007 |
| 13999 | Rosa  Gualpa | 07cv4472 | 6/5/2007 |
| 7592 | Francisco  Guerrero (and Wife, Arelis  Guerrero) | 05CV1636 | 5/24/2007 |
| 14972 | Armando  Guzman | 07CV5556 | 6/8/2007 |
| 10384 | Carlos  Guzman (and Wife, Gloria  Guzman) | 06cv2884 | 5/24/2007 |
| 4112 | Angel  Hualpa (and Wife, Rosa  Hualpa) | 05CV2501 | 5/24/2007 |
| 4110 | Julio  Hurtado (and Wife, Elda Monica  Montes) | 07CV05295 | 5/24/2007 |
| 10118 | Manuel  Idrovo | 07CV1628 | 5/24/2007 |
| 9572 | Jorge  Inga | 07CV1629 | 5/24/2007 |
| 9565 | Luis  Inga (and Wife, Carmen  Inga) | 07cv4474 | 6/5/2007 |

**Tuesday, June 19, 2007**

STRUCTURE TONE (UK), INC.

**Page 3 of 7**

Group:   Out   In:



# Service Rider

STRUCTURE TONE (UK), INC.

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 9384 | Jozef Jablonski (and Wife, Agnieszka Jablonska) | 07CV1630 | 5/24/2007 |
| 14041 | Janusz Jakubowski (and Wife, Krystyna Karpinska) | 06cv14741 | 5/24/2007 |
| 9564 | Julio Jalil (and Wife, Charinil Jalil) | 07cv4476 | 6/5/2007 |
| 14697 | Juan Jara | 07CV05363 | 5/31/2007 |
| 9872 | Marina Jara | 07cv4477 | 6/5/2007 |
| 3819 | Rodrigo Jimbo (and Wife, Dolores Calle) | 07CV1632 | 5/24/2007 |
| 9830 | Urbano Juarez | 07cv1509 | 5/24/2007 |
| 9718 | Slawek Kappinski | 07CV1634 | 5/24/2007 |
| 9673 | Marian Karus (and Wife, Barbara Karus) | 07CV1635 | 5/24/2007 |
| 9752 | Andrzej Kasina | 07CV1636 | 5/24/2007 |
| 13791 | Wieslaw Kolodziejczyk (and Wife, Janina Kolodziejczyk) | 07cv4479 | 6/5/2007 |
| 9406 | Antoni Konopka (and Wife, Alina Konopka) | 07CV1641 | 5/24/2007 |
| 9373 | Edward Kosowski (and Wife, Elzbieta Stefanska) | 07CV05299 | 5/24/2007 |
| 9669 | Adam Kowalczyk (and Wife, Sabina Kowalczyk) | 06cv2252 | 5/24/2007 |
| 9381 | Antoni Kurak | 06 cv 4376 | 5/24/2007 |
| 9672 | Boguslaw Kwasniak (and Wife, Malgorzata Kwasniak) | 07CV05300 | 5/24/2007 |
| 1845 | Eva Lamboy | 07CV1644 | 5/24/2007 |
| 14975 | Emerita E Lara | 07CV05365 | 5/31/2007 |
| 7608 | Ana Lascano | 05cv9333 | 5/31/2007 |
| 10066 | Carlos Lascano | 07CV1646 | 5/24/2007 |
| 9926 | Andrzej Lasica (and Wife, Ewelina Lasica) | 07cv4480 | 6/5/2007 |
| 9687 | Ines Leon (and Wife, Luis E Quezada) | 07cv4481 | 6/5/2007 |
| 9742 | Jose Leon | 07CV1647 | 5/24/2007 |
| 3755 | Hilda Llerena | 07CV1650 | 5/24/2007 |
| 10097 | Jose Loja | 06CV12219 | 5/24/2007 |
| 9461 | Raul Loja | 07CV1652 | 5/24/2007 |
| 9499 | Wilmo Loja | 07cv4482 | 6/5/2007 |
| 13312 | Oswaldo Lopez (and Wife, Elvia V Lopez) | 06cv14807 | 5/24/2007 |
| 10178 | Andrea Lora | 07cv4484 | 6/5/2007 |
| 10908 | Fernando Lucero | 07CV05366 | 5/31/2007 |
| 9323 | Veronica Macas | 07cv4485 | 6/5/2007 |
| 10465 | Douglas Marcillo | 07cv4486 | 6/5/2007 |
| 10099 | John Marcos | 07cv4487 | 6/5/2007 |
| 9777 | Veronica Matas | 07CV1657 | 5/24/2007 |
| 3806 | Araceli Medina | 07cv4490 | 6/5/2007 |
| 3827 | Rosa Medina | 07cv4491 | 6/5/2007 |

**Tuesday, June 19, 2007**

STRUCTURE TONE (UK), INC.

Group:    Out    In:

 **Rider**

# Service Rider

STRUCTURE TONE (UK), INC.

| File No | Plaintiff | Index Number | Date Filed |
|---------|-----------|--------------|------------|
| 9582 | Trinidad Medrano (and Husband, Salvador L Medrano) | 07cv4493 | 6/5/2007 |
| 9351 | Enrique Mendoza (and Wife, Maria De Mendoza) | 07CV05302 | 5/24/2007 |
| 9453 | Gustavo Mendoza (and Wife, Hada Mendoza) | 07cv4494 | 6/5/2007 |
| 9465 | Luis F. Mesa (and Wife, Maria Mesa) | 07CV05303 | 5/24/2007 |
| 9566 | Ubaldo Misaico | 07cv4495 | 6/5/2007 |
| 7308 | Leidis Montero | 05CV1691 | 5/24/2007 |
| 13423 | Eugenio Mora (and Wife, Olga Mora) | 06cv13168 | 5/24/2007 |
| 4432 | Fabio Morales (and Wife, Martha Morales) | 07CV1667 | 5/24/2007 |
| 15050 | Tatiana Morales (and Husband, James Fink) | 07CV05370 | 5/31/2007 |
| 7493 | Luis Naranjo (and Wife, Rosa Naranjo) | 05CV10738 | 5/24/2007 |
| 9568 | Walter Naranjo (and Wife, Miriam Naranjo) | 07cv04496 | 6/5/2007 |
| 11720 | Carlos Narvaez | 06cv2221 | 5/24/2007 |
| 10602 | Herbert Negron | 07CV05305 | 5/24/2007 |
| 9467 | Walter Oquendo | 07cv4497 | 6/5/2007 |
| 15939 | Edgar Orellana | 07CV05398 | 6/6/2007 |
| 14700 | Maria Ortiz | 07cv4499 | 6/5/2007 |
| 9679 | Wladyslaw Ostrzycki (and Wife, Wieslawa Ostrzycka) | 07CV05375 | 5/31/2007 |
| 9738 | Blanca Oyervide (and Wife, Marcos A Hinchala) | 07cv4500 | 6/5/2007 |
| 3777 | Maximo Pachay | 05cv9041 | 5/24/2007 |
| 9412 | Krzysztof Pajak (and Wife, Ewa Pajak) | 07cv4502 | 6/5/2007 |
| 9979 | Diana Palma | 07cv4503 | 6/5/2007 |
| 4395 | Camilo Palomino (and Wife, Monica Rivera) | 07cv4504 | 6/5/2007 |
| 10319 | Czeslaw Pankiewicz (and Wife, Maria Pankiewicz) | 07cv4505 | 6/5/2007 |
| 12042 | Rolando Pelaez (and Wife, Monica Villamarin) | 07cv4507 | 6/5/2007 |
| 7602 | Gabriel Pena | 05CV1385 | 5/24/2007 |
| 7348 | Jorge Pena | 07CV1682 | 5/24/2007 |
| 9379 | Hanna Pieczynska | 07CV1684 | 5/24/2007 |
| 9670 | Josef Borkowski, as Administrator of Jan Pietraszkiewicz | 06cv2527 | 5/24/2007 |
| 7731 | Luis Pilico (and Wife, Ana Lucero pilico) | 07cv4508 | 6/5/2007 |
| 15776 | Hernan Pineda (and Wife, Sarito Pineda) | 07CV05376 | 5/31/2007 |
| 3495 | Jose Polo | 05CV1418 | 5/24/2007 |
| 11212 | Piotr Porowski (and Wife, Malgorzata Porowski) | 06cv3850 | 5/24/2007 |
| 10885 | Raul Porras (and Wife, Diana Povvas) | 06cv9674 | 5/24/2007 |
| 9491 | Jesus Quizhpi | 07cv4509 | 6/5/2007 |
| 9767 | Irving Rengifo | 07CV1690 | 5/24/2007 |
| 4602 | Angel Reyes | 07CV05051 | 5/24/2007 |

**Tuesday, June 19, 2007**

STRUCTURE TONE (UK), INC.

Group:  Out  In:

 **Rider**

# Service Rider

STRUCTURE TONE (UK), INC.

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 14800 | David Reynolds (and Wife, Katherine Reynolds) | 07CV3446 | 5/24/2007 |
| 3778 | Sonia Rivera (and Husband, Andres Rivera) | 06cv6234 | 5/24/2007 |
| 9771 | Maria Robles | 06cv11257 | 5/31/2007 |
| 9745 | Teresa Robles | 07CV05312 | 5/24/2007 |
| 10029 | Patricio Rodas (and Wife, Taina Ruiz) | 07CV01694 | 5/24/2007 |
| 7543 | Susana Rodriguez (and Husband, Jose Rodriguez) | 07CV05315 | 5/24/2007 |
| 9575 | Angel Rojas | 07CV1696 | 5/24/2007 |
| 10172 | Jaime Rojas (and Wife, Johanna Hernandez) | 07cv4511 | 6/5/2007 |
| 7196 | Mario Rojas | 06cv5786 | 5/24/2007 |
| 9417 | Mieczyslaw Romaniuk | 07CV05316 | 5/24/2007 |
| 3775 | Maria Salazar (and Husband, Pedro Salazar) | 07CV1699 | 5/24/2007 |
| 9966 | Victor Salazar | 07cv4512 | 6/5/2007 |
| 7603 | Hipolito Salgado (and Wife, Teresa Salgado) | 05CV1675 | 5/24/2007 |
| 15080 | Antwi Samuel | 07CV05399 | 6/6/2007 |
| 3761 | Jose Sanchez | 07cv4513 | 6/5/2007 |
| 9308 | Oscar Sanchez | 06cv11892 | 5/24/2007 |
| 3759 | Rocio Sanchez | 06CV10237 | 5/24/2007 |
| 9974 | Wilson Sanchez | 07CV05386 | 5/31/2007 |
| 10952 | Leonel Sanmartin (and Wife, Ana Rosa) | 07cv4514 | 6/5/2007 |
| 9466 | Emanuel Santamaria | 07cv1528 | 5/24/2007 |
| 9479 | Miquel Santana | 07CV1700 | 5/24/2007 |
| 9744 | Edwin Sarmiento (and Wife, Nora Sarmiento) | 07cv4515 | 6/5/2007 |
| 10872 | Maydi Sarmiento | 06cv6521 | 5/24/2007 |
| 9477 | Pedro Sarmiento (and Wife, Melanea Sarmiento) | 07cv1531 | 5/24/2007 |
| 9394 | Angel Serrano (and Wife, Tanny Sarmiento) | 07cv4516 | 6/5/2007 |
| 9677 | Andrzej Siemek (and Wife, Janina Siemek) | 07cv1704 | 5/24/2007 |
| 7307 | Antonio Silva (and Wife, Lupe C Silva) | 05CV1260 | 5/24/2007 |
| 10359 | Eugeniusz Skrzeczkowski (and Wife, Alicja Skrzeczkowski) | 07cv4517 | 6/5/2007 |
| 9814 | Jerzy Slesicki | 06cv6814 | 5/24/2007 |
| 4113 | Lucio Solis (and Wife, Linda Solis) | 05CV1198 | 5/24/2007 |
| 14850 | Robert Sparano (and Wife, Theresa Sparanpo) | 07CV05388 | 5/31/2007 |
| 4603 | Norma Suco | 07cv1708 | 5/24/2007 |
| 3780 | Jose Sumba (and Wife, Maria Sumba) | 07cv1709 | 5/24/2007 |
| 10331 | Edward Szuberla | 07cv1712 | 5/24/2007 |
| 9498 | Laneth (Janeth) Tabares | 06cv12826 | 5/31/2007 |
| 9388 | Bertha Tache | 07cv1537 | 5/24/2007 |

**Tuesday, June 19, 2007**

STRUCTURE TONE (UK), INC.

**Page 6 of 7**

Group:     Out     In:

 Rider

# Service Rider

STRUCTURE TONE (UK), INC.

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 9454 | Wilfrido Tenempaguay | 07CV05320 | 5/24/2007 |
| 8510 | Julia Tenezaca | 07cv1714 | 5/24/2007 |
| 4673 | Jorge Toledo | 07cv4518 | 6/5/2007 |
| 9508 | Rosalia Toledo | 07cv1717 | 5/24/2007 |
| 4336 | Carlos Toral (and Wife, Zoila Toral) | 06cv6233 | 5/24/2007 |
| 15946 | Miguel Urgiles (and Wife, Martha Urgiles) | 07CV05400 | 6/6/2007 |
| 4393 | Aida Valdiulezo - Nieto | 06CV11534 | 5/24/2007 |
| 11180 | Cecilia Varicelly | 07cv1720 | 5/24/2007 |
| 9571 | Jose Vasquez (and Wife, Liliana G Vasquez) | 07cv2708 | 5/24/2007 |
| 9464 | Klever Vasquez | 07cv4520 | 6/5/2007 |
| 7597 | Francisco Vazquez (and Wife, Tanya Rodriguez) | 07cv1721 | 5/24/2007 |
| 7552 | Kattia Vazquez (and Husband, Peter Vazquez) | 07cv1722 | 5/24/2007 |
| 7601 | Severo Vega (and Wife, Lila Gonzalez) | 07cv4521 | 6/5/2007 |
| 3839 | Rafael Velasco (and Wife, Zoila Velasco) | 07cv1723 | 5/24/2007 |
| 3751 | Lucrecia Velez | 07CV05325 | 5/24/2007 |
| 6832 | Alejandro Vera | 07cv4522 | 6/5/2007 |
| 13196 | Viviana Vergara (and Husband, Verter Vergara) | 06cv15116 | 5/31/2007 |
| 3828 | Julio Villafuerte | 06cv1652 | 5/24/2007 |
| 9484 | Luis Vivar | 07cv4523 | 6/5/2007 |
| 9383 | Kazimierz Walek (and Wife, Stefania Walek) | 07CV05327 | 5/24/2007 |
| 9374 | Krzysztof Walek | 07cv1547 | 5/24/2007 |
| 10343 | Robert Waniurski (and Wife, Ewa Waniurski) | 07cv4524 | 6/5/2007 |
| 9401 | Wlodzimierz Wierzbicki (and Wife, Alicja B Wierzbicka) | 07cv1727 | 5/24/2007 |
| 9409 | Jan Wolkowicz (and Wife, Grace Wolkowicz) | 07cv1728 | 5/31/2007 |
| 9490 | Aquiles Yaguana | 07cv4525 | 6/5/2007 |
| 9541 | Armando Yamasqui | 07CV05328 | 5/24/2007 |
| 9514 | Alcibar Yumbla (and Wife, Rosa Ortiz) | 07cv1729 | 5/24/2007 |
| 9448 | Luis Yumbla | 06CV13166 | 5/24/2007 |
| 9376 | Krzysztof Zalewski (and Wife, Danuta Zalewska) | 07CV05330 | 5/24/2007 |
| 3767 | Jorge Zelaya (and Wife, Maria Zelaya) | 07cv1730 | 5/24/2007 |
| 4284 | Lawrence Zenteno (and Wife, Nancy C Zenteno) | 07cv1731 | 5/24/2007 |

247

Group:  Out  In: 



# Service Rider

STRUCTURE TONE (UK), INC.

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 9736 | Stephen Addeo (and Wife, Carol Addeo) | 06cv9963 | 5/25/2007 |
| 6879 | David Cornier | Not Available | 5/25/2007 |
| 3564 | Steven Daquila (and Wife, Grace Daquila) | 06cv8756 | 5/25/2007 |
| 6678 | Patrick Dolan | 06CV7398 | 5/25/2007 |
| 14466 | Joseph Douso (and Wife, Jill E Douso) | Not Available | 5/25/2007 |
| 14779 | Donald Foley (and Wife, Kelly Ann Foley) | 07cv657 | 5/25/2007 |
| 15289 | John E Greaney (and Wife, Andrea Greaney) | Not Available | 5/25/2007 |
| 8921 | Jeffrey Hayduk | 06cv5839 | 5/25/2007 |
| 3959 | Michael Labate (and Wife, Cheryl Labate) | 06CV8441 | 5/25/2007 |
| 8478 | Donna Marshall | Not Available | 5/25/2007 |
| 7772 | Hamilton Montero | 06cv12791 | 5/25/2007 |
| 12980 | William Noesges (and Wife, Denise Noesges) | 06cv14925 | 5/25/2007 |
| 7251 | Joseph Nolan (and Wife, Lana Nolan) | 05CV1213 | 5/25/2007 |
| 7271 | Michael Pallotto (and Wife, Lisa Polloto) | Not Available | 5/25/2007 |
| 8752 | Donald Sadowy (and Wife, Kathleen Sadowy) | 06cv7254 | 5/25/2007 |
| 14395 | James Seiferheld (and Wife, Fran Seiferheld) | Not Available | 5/25/2007 |
| 8387 | Zachary Stamatakis (and Wife, Bernice Stamatakis) | 06cv11589 | 5/25/2007 |
| 13263 | Guy Zammitt (and Wife, deanna Zammitt) | 06cv15155 | 5/25/2007 |

18