UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

21 MC 102 (AKH)

# RETURN OF SERVICE

DATE: 6/26/07

Service of the Summons and Complaint[1] was made by me[2]

NAME OF SERVER (PRINT): Kevin Mills

TITLE:

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Pursuant to FRCP Rule 4 (h) by serving a copy of the Summons and Complaint with the Authorized Agent of Defendant(s) at

**WFP TOWER A CO.
200 Liberty Street
New York, NY 10218**

For the following Defendant(s):

**WFP TOWER A CO.**

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/26/07
Date

Signature of Server: Kevin Mills

Address of Server: 115 Broadway, NYC, 10006



CATHERINE CARDOZO
Notary Public, State of New York
No. 01CA5091314
Qualified in Queens County
Commission Expires August 25, 2007

[1] See attached rider.
[2] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

*13*  *7399*  *54*  *50*





# Service Rider

**WFP TOWER A CO.**

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 10706 | Luis Adriano | 07cv4445 | 6/5/2007 |
| 15370 | Maria Agudelo (and Wife, Ramon Agudelo) | 07CV05334 | 5/31/2007 |
| 12263 | Luis Aguilar (and Wife, Maria Aguilar) | 06cv12701 | 5/24/2007 |
| 3765 | Enrique Ali | 07cv1554 | 5/24/2007 |
| 8523 | Juan Alvarez (and Wife, Maricel Alvarez) | 06cv2814 | 5/24/2007 |
| 13187 | Philip Annunziato (and Wife, Eleanor V Annunziato) | 06cv14466 | 5/31/2007 |
| 9949 | Arturo Arias (and Wife, Marilyn Quintana) | 07CV05274 | 5/24/2007 |
| 9773 | Julio Arias (and Wife, Jane Arias) | 06CV1340 | 5/24/2007 |
| 12258 | Ivan Ascencio | 07cv1460 | 5/24/2007 |
| 9933 | Angel Asmal (and Wife, Gloria Asmal) | 07cv1461 | 5/24/2007 |
| 3835 | Wilmer Astudillo (and Wife, Maria I Avila) | 07CV1561 | 5/24/2007 |
| 4309 | Marcelo Atiencia | 07CV1562 | 5/24/2007 |
| 9551 | Angel Avila (and Wife, Ammsy Avila) | 07CV060 | 5/24/2007 |
| 9434 | Luis G. Avila | 07cv4450 | 6/5/2007 |
| 13967 | Hector Barroso | 07cv4452 | 6/5/2007 |
| 12790 | Roman Bikowski (and Wife, Nella Bikowska) | 06cv14496 | 5/24/2007 |
| 10411 | Wiktor Borowiecki | 07cv4455 | 6/5/2007 |
| 10228 | Carlos Bunay | 07CV1571 | 5/31/2007 |
| 9486 | Ivan Calero (and Wife, Reyna Calero) | 06cv1650 | 5/24/2007 |
| 3996 | Jose Calle (and Wife, Damaris Calle) | 07CV1577 | 5/24/2007 |
| 14248 | Rodrigo Campozano (and Wife, Esther Campozano) | 07cv4459 | 6/5/2007 |
| 9576 | Joaquin Campuzano (and Wife, Nancy Campuzano) | 07cv1478 | 5/24/2007 |
| 10335 | Maria del Pilar Cifuentes | 07CV1590 | 5/24/2007 |
| 10594 | Cecelia Claret | 06cv14554 | 5/24/2007 |
| 10181 | Antonio Collazos (and Wife, Nohemi Collazos) | 07cv4461 | 6/5/2007 |
| 14443 | John Combos (and Wife, Donna Combos) | 07CV1593 | 5/31/2007 |
| 4337 | Beatriz Conception | 07CV1594 | 5/24/2007 |
| 14808 | Zoila Cortez | 07CV05344 | 5/31/2007 |
| 3774 | Jose Criollo (and Wife, Maria Criollo) | 05cv1104 | 5/24/2007 |
| 3801 | Nancy Criollo (and Wife, Lawrence Zenteino) | 07cv4462 | 6/5/2007 |
| 4400 | Flora B Davila | 07cv4463 | 6/5/2007 |
| 14621 | Maria Delacruz | 07CV05348 | 5/31/2007 |
| 10325 | Ruth Diaz | 07CV1601 | 5/24/2007 |
| 15274 | Pancri Diez (and Wife, Rosa Diez) | 07CV05351 | 5/31/2007 |
| 14859 | Jesse Drake (and Wife, Susan Drake) | 07CV05353 | 5/31/2007 |
| 9044 | Oswald Drysdale (and Wife, Alma Drysdale) | 07CV05286 | 5/24/2007 |

**Tuesday, June 19, 2007**  **Page 1 of 4**

WFP TOWER A CO.

Group:   Out:   In: 



# Service Rider

**WFP TOWER A CO.**

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 6773 | Maria Duchitanga | 07CV1604 | 6/5/2007 |
| 9414 | Rosalino Duchitanga (and Wife, Rosa Duchitanga) | 07CV1605 | 5/24/2007 |
| 9999 | Elvia Dutan (and Husband, Wilfredo Dutan) | 06CV5504 | 5/24/2007 |
| 9553 | Jorge Encalada | 05CV10737 | 5/24/2007 |
| 10337 | Danilsa Flores | 07CV1608 | 5/24/2007 |
| 14806 | Harald Gabrielsen (and Wife, Debi Gabrielsen) | 07CV05169 | 5/31/2007 |
| 10184 | Edgar O Galvis | 06cv3422 | 5/24/2007 |
| 10420 | Jesus Garces (and Wife, Elvira Garces) | 07CV1615 | 5/24/2007 |
| 10006 | Sonia Garcia (and Husband, Christian Chavez) | 07CV05358 | 5/31/2007 |
| 9763 | Peter Gaspar | 05cv10739 | 5/24/2007 |
| 9458 | Margarita Gil | 07cv4470 | 6/5/2007 |
| 9456 | Samuel Giuracocha | 07CV05293 | 5/24/2007 |
| 3795 | Gildardo Gomez | 06cv2285 | 5/24/2007 |
| 10852 | Rodolfo Guevara | 06cv3301 | 5/24/2007 |
| 14972 | Armando Guzman | 07CV5556 | 6/8/2007 |
| 10384 | Carlos Guzman (and Wife, Gloria Guzman) | 06cv2884 | 5/24/2007 |
| 9300 | Avenia Hernando (and Wife, Nidia Hernando) | 07cv4473 | 6/5/2007 |
| 6807 | Ecuador Intriago | 07cv4475 | 6/5/2007 |
| 9384 | Jozef Jablonski (and Wife, Agnieszka Jablonska) | 07CV1630 | 5/24/2007 |
| 9398 | Alberto Jimenez | 07cv4478 | 6/5/2007 |
| 2766 | Bozena Kajewska-Pielarz (and Wife, Josef Kajewska-Pielarz) | 05CV0744 | 5/24/2007 |
| 13791 | Wieslaw Kolodziejczyk (and Wife, Janina Kolodziejczyk) | 07cv4479 | 6/5/2007 |
| 9381 | Antoni Kurak | 06 cv 4376 | 5/24/2007 |
| 9672 | Boguslaw Kwasniak (and Wife, Malgorzata Kwasniak) | 07CV05300 | 5/24/2007 |
| 9371 | Antoni Lampart | 07CV1645 | 5/24/2007 |
| 14975 | Emerita E Lara | 07CV05365 | 5/31/2007 |
| 9405 | Leszek Lech (and Wife, Genowefa Lech) | 06CV7911 | 5/31/2007 |
| 14864 | Thomas Leonard (and Wife, Laurie Leonard) | 07CV5559 | 6/8/2007 |
| 9452 | Ivonne Leroux | 06cv12772 | 5/24/2007 |
| 9438 | Diego Lituma | 07CV1648 | 5/24/2007 |
| 3755 | Hilda Llerena | 07CV1650 | 5/24/2007 |
| 9461 | Raul Loja | 07CV1652 | 5/24/2007 |
| 10178 | Andrea Lora | 07cv4484 | 6/5/2007 |
| 10518 | Mariana Maldonado | 06cv1786 | 5/24/2007 |
| 10099 | John Marcos | 07cv4487 | 6/5/2007 |
| 3827 | Rosa Medina | 07cv4491 | 6/5/2007 |

 



# Service Rider

**WFP TOWER A CO.**

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 9395 | Salvador Medrano (and Wife, Trinidad Medrano) | 07cv4492 | 6/5/2007 |
| 9582 | Trinidad Medrano (and Husband, Salvador L Medrano) | 07cv4493 | 6/5/2007 |
| 9453 | Gustavo Mendoza (and Wife, Hada Mendoza) | 07cv4494 | 6/5/2007 |
| 9566 | Ubaldo Misaico | 07cv4495 | 6/5/2007 |
| 16024 | Edward Moore (and Wife, Ruth Moore) | 07CV5562 | 6/8/2007 |
| 13423 | Eugenio Mora (and Wife, Olga Mora) | 06cv13168 | 5/24/2007 |
| 9478 | Wilson Moran (and Wife, Gloria Moran) | 06CV12341 | 5/24/2007 |
| 9568 | Walter Naranjo (and Wife, Miriam Naranjo) | 07cv04496 | 6/5/2007 |
| 11720 | Carlos Narvaez | 06cv2221 | 5/24/2007 |
| 4597 | Divina Nunez | 07CV356 | 5/24/2007 |
| 3836 | Pilar Olivo | 07CV061 | 5/24/2007 |
| 9488 | Haidee Orozco | 07cv4498 | 6/5/2007 |
| 9738 | Blanca Oyervide (and Wife, Marcos A Hinchala) | 07cv4500 | 6/5/2007 |
| 9578 | Miguel Pacho | 07cv4501 | 6/5/2007 |
| 9412 | Krzysztof Pajak (and Wife, Ewa Pajak) | 07cv4502 | 6/5/2007 |
| 10267 | Patricia Palma | 06 cv 3932 | 5/24/2007 |
| 12042 | Rolando Pelaez (and Wife, Monica Villamarin) | 07cv4507 | 6/5/2007 |
| 7602 | Gabriel Pena | 05CV1385 | 5/24/2007 |
| 9302 | Jose Peralta | 07CV1683 | 5/24/2007 |
| 10324 | Napoleon Pina | 06CV12413 | 5/24/2007 |
| 15776 | Hernan Pineda (and Wife, Sarito Pineda) | 07CV05376 | 5/31/2007 |
| 14807 | Carlos Pinela (and Wife, Ciotilde Pinela) | 07CV05377 | 5/31/2007 |
| 3495 | Jose Polo | 05CV1418 | 5/24/2007 |
| 11212 | Piotr Porowski (and Wife, Malgorzata Porowski) | 06cv3850 | 5/24/2007 |
| 3753 | Maria Puma | 07CV1688 | 5/24/2007 |
| 9782 | Natalia Quintanilla (and Husband, Gerardo Quintanilla) | 06CV1341 | 5/24/2007 |
| 9491 | Jesus Quizhpi | 07cv4509 | 6/5/2007 |
| 14339 | Joseph Raimondi | 07CV05380 | 5/31/2007 |
| 4283 | Gueimer Rendon | 07cv4510 | 6/5/2007 |
| 14800 | David Reynolds (and Wife, Katherine Reynolds) | 07CV3446 | 5/24/2007 |
| 3778 | Sonia Rivera (and Husband, Andres Rivera) | 06cv6234 | 5/24/2007 |
| 3776 | Rosa Rodriguez | 06cv0845 | 5/24/2007 |
| 7543 | Susana Rodriguez (and Husband, Jose Rodriguez) | 07CV05315 | 5/24/2007 |
| 10172 | Jaime Rojas (and Wife, Johanna Hernandez) | 07cv4511 | 6/5/2007 |
| 9966 | Victor Salazar | 07cv4512 | 6/5/2007 |
| 15080 | Antwi Samuel | 07CV05399 | 6/6/2007 |

 



# Service Rider

**WFP TOWER A CO.**

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 6917 | Juan C Sanchez | Not Available | 5/24/2007 |
| 9466 | Emanuel Santamaria | 07cv1528 | 5/24/2007 |
| 9744 | Edwin Sarmiento (and Wife, Nora Sarmiento) | 07cv4515 | 6/5/2007 |
| 10872 | Maydi Sarmiento | 06cv6521 | 5/24/2007 |
| 6820 | Alfonso Serrano | 07CV1703 | 5/24/2007 |
| 9394 | Angel Serrano (and Wife, Tanny Sarmiento) | 07cv4516 | 6/5/2007 |
| 4668 | Daniel Siguachi (and Wife, Narcisa Z Siguachi) | 07cv1705 | 5/24/2007 |
| 7307 | Antonio Silva (and Wife, Lupe C Silva) | 05CV1260 | 5/24/2007 |
| 10359 | Eugeniusz Skrzeczkowski (and Wife, Alicja Skrzeczkowski) | 07cv4517 | 6/5/2007 |
| 9814 | Jerzy Slesicki | 06cv6814 | 5/24/2007 |
| 9726 | Jaime Sosa | 07cv1706 | 5/24/2007 |
| 14850 | Robert Sparano (and Wife, Theresa Sparanpo) | 07CV05388 | 5/31/2007 |
| 14508 | Felipe Suarez | 07cv1707 | 5/24/2007 |
| 4603 | Norma Suco | 07cv1708 | 5/24/2007 |
| 3780 | Jose Sumba (and Wife, Maria Sumba) | 07cv1709 | 5/24/2007 |
| 14058 | John Sweeney (and Wife, Ann Sweeney) | 07cv1711 | 5/24/2007 |
| 9678 | Miroslaw Szpanelewski (and Wife, Aleksandra Szpanelewska) | 06CV11532 | 5/24/2007 |
| 9460 | Manuel Tenezaca | 07CV05321 | 5/24/2007 |
| 9297 | Jeanne Thorpe | 07cv1715 | 5/24/2007 |
| 4673 | Jorge Toledo | 07cv4518 | 6/5/2007 |
| 9631 | Darivsz Tomczyk | 07CV05322 | 5/24/2007 |
| 3754 | Consuelo Trujillo | 06 CV 3846 | 5/24/2007 |
| 4393 | Aida Valdiulezo - Nieto | 06CV11534 | 5/24/2007 |
| 7597 | Francisco Vazquez (and Wife, Tanya Rodriguez) | 07cv1721 | 5/24/2007 |
| 7552 | Kattia Vazquez (and Husband, Peter Vazquez) | 07cv1722 | 5/24/2007 |
| 9525 | Peter Vazquez (and Wife, Kattia Vazquez) | 06cv0070 | 5/31/2007 |
| 6832 | Alejandro Vera | 07cv4522 | 6/5/2007 |
| 7461 | Kleber Villarruel (Paredes) | 06CV13703 | 5/24/2007 |
| 9484 | Luis Vivar | 07cv4523 | 6/5/2007 |
| 9396 | Rosa Vivar (and Husband, Wilson Vivar) | 06cv997 | 5/24/2007 |
| 9383 | Kazimierz Walek (and Wife, Stefania Walek) | 07CV05327 | 5/24/2007 |
| 9490 | Aquiles Yaguana | 07cv4525 | 6/5/2007 |
| 3767 | Jorge Zelaya (and Wife, Maria Zelaya) | 07cv1730 | 5/24/2007 |
| 4284 | Lawrence Zenteno (and Wife, Nancy C Zenteno) | 07cv1731 | 5/24/2007 |
| 9451 | Rafael Zumba | 07cv1732 | 5/24/2007 |

143



# Service Rider

**WFP TOWER A CO.**

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 9736 | Stephen Addeo (and Wife, Carol Addeo) | 06cv9963 | 5/25/2007 |
| 9151 | Collin Calder (and Wife, Winsome Calder) | 06cv6758 | 5/25/2007 |
| 14391 | Camille Chiarantano, as Administratrix of Joseph Chiarantano | Not Available | 5/25/2007 |
| 14461 | Faisal Choudhury (and Wife, Rahat Choudhury) | Not Available | 5/25/2007 |
| 6879 | David Cornier | Not Available | 5/25/2007 |
| 3564 | Steven Daquila (and Wife, Grace Daquila) | 06cv8756 | 5/25/2007 |
| 12172 | Fernando Dias (and Wife, Sandra Dias) | 06CV8223 | 5/25/2007 |
| 6678 | Patrick Dolan | 06CV7398 | 5/25/2007 |
| 14779 | Donald Foley (and Wife, Kelly Ann Foley) | 07cv657 | 5/25/2007 |
| 15289 | John E Greaney (and Wife, Andrea Greaney) | Not Available | 5/25/2007 |
| 6742 | Peter Gunn (and Wife, Lisa Gunn) | 06CV7434 | 5/25/2007 |
| 14573 | David Guszick | Not Available | 5/25/2007 |
| 8921 | Jeffrey Hayduk | 06cv5839 | 5/25/2007 |
| 14591 | Christopher Hinckson (and Wife, Sharon Hinckson) | Not Available | 5/25/2007 |
| 14491 | Joel Klein (and Wife, Barbara Klein) | 07CV1640 | 5/25/2007 |
| 3959 | Michael Labate (and Wife, Cheryl Labate) | 06CV8441 | 5/25/2007 |
| 14907 | Thomas Maher | Not Available | 5/25/2007 |
| 7772 | Hamilton Montero | 06cv12791 | 5/25/2007 |
| 12980 | William Noesges (and Wife, Denise Noesges) | 06cv14925 | 5/25/2007 |
| 7251 | Joseph Nolan (and Wife, Lana Nolan) | 05CV1213 | 5/25/2007 |
| 7271 | Michael Pallotto (and Wife, Lisa Polloto) | Not Available | 5/25/2007 |
| 6739 | David Pope | 05cv1078 | 5/25/2007 |
| 4680 | Roland Renaudin | Not Available | 5/25/2007 |
| 14395 | James Seiferheld (and Wife, Fran Seiferheld) | Not Available | 5/25/2007 |
| 11697 | William Spilman (and Wife, Ernestine Spilman) | 06cv14136 | 5/25/2007 |
| 8387 | Zachary Stamatakis (and Wife, Bernice Stamatakis) | 06cv11589 | 5/25/2007 |
| 13263 | Guy Zammitt (and Wife, deanna Zammitt) | 06cv15155 | 5/25/2007 |

27

